UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Latrice Guess v. Bayer Corporation, et al.* | No. 10-cv-10179-DRH |
| *Ryan Morriss v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11083-DRH |
| *Laura Needham, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11136-DRH |
| *Amy L. Riley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13336-DRH |
| *Robin Saurini v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10146-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 26, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
    **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2014.08.26 14:50:52 -05'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**